IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMANDA P. PLEISS,<br><br>           Plaintiff,<br><br>vs.<br><br>BATTLE CREEK MUTUAL INSURANCE COMPANY, a Nebraska insurance company; and NODAK MUTUAL INSURANCE COMPANY, a North Dakota insurance company;<br><br>           Defendants. | **8:17CV10**<br><br>**ORDER** |

IT IS ORDERED that the motion to withdraw filed by Gail S. Perry, as counsel of record for Defendants, ([Filing No. 24](#)), is granted.

Dated this 29th day of March, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge